**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 262 WAL 2017
                                    :
            Respondent           :
                                    :   Petition for Allowance of Appeal from
                                    :   the Order of the Superior Court
            v.                              :
                                    :
                                    :
MARKEZ PRIEST,                        :
                                    :
            Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 13th day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.